# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSHA WILLIAMS, | ) |
|         Plaintiff, | ) |
| v. | ) C.A. No. 10-14 ERIE |
| CITY OF ERIE POLICE DEPARTMENT, et al., | ) |
|         Defendants. | ) |

## **MEMORANDUM ORDER**

Plaintiff's complaint was received by the Clerk of Court on January 20, 2010, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Presently before the Court is Plaintiff Rosha C. Williams' Reconsideration and Appeal for Motion of Appointment of Counsel (Doc. 35). Mr. Williams is a prisoner presently incarcerated at the State Correctional Institution at Graterford, Pennsylvania. Williams previously requested that counsel be appointed (Doc. 16, 18), and the Magistrate Judge properly rejected this request. (Doc. 20.) The present motion in large part repeats arguments made in the original requests for appointment of counsel, with one additional argument, namely that he is limited to 6 hours a week for access to the law library. Based on the information before us we find that this does not appear to be an unreasonable restriction and Mr. Williams has not been denied access to the courts. This is a sufficient amount of time to conduct research because Mr. Williams' claims do not present particularly difficult legal issues. In light of all the factors to be

considered pursuant to Tabron v. Grace, 6 F.3d 147(3d Cir. 1993), and as articulated separately in the Magistrate Judge's original R&R denying his request for appointment of counsel, we see no reason to grant this motion to appoint counsel. Therefore, Williams's motion (Doc. 35) will be denied.

AND NOW, this 21st day of June, 2011 IT IS HEREBY ORDERED that Plaintiff Williams' "Reconsideration and Appeal for Motion of Appointment of Counsel (Doc. 35) is DENIED.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
United States District Judge

cc: Hon. Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record \_\_\_\_\_