IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSHA WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 10-14 ERIE |
| | ) |
| CITY OF ERIE POLICE | ) |
| DEPARTMENT, et al, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on January 20, 2010, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation ("R&R"), filed on October 11, 2011, 2011 (Doc. 44), recommended that the motion to dismiss, filed by Defendant Assistant District Attorney Michael Burns (Doc. 31) be granted.

The parties were allowed fourteen days from the date of service to file written objections. Plaintiff filed objections on October 26, 2011 (Doc. 45). After de novo review of the pleadings and documents in the case, together with the report and recommendation and objections thereto, we adopt Magistrate Judge Baxter's October 11, 2011 R&R as the Opinion of the Court.

AND NOW, this 3rd day of November, 2011, IT IS HEREBY ORDERED, ADJUDGED and DECREED that said report and recommendation (Doc. 44) is adopted as the Opinion of the Court. The motion to dismiss (Doc. 31) is hereby GRANTED, and Defendant Burns is terminated from this case.

*Maurice B. Cohill, Jr.*
United States District Judge

cc:   Hon. Susan Paradise Baxter
      all parties of record